JS - 6/ENTER

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — FEB 2 5 2011 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRYL DUANE CHANEY,<br><br>        Petitioner,<br><br>    v.<br><br>KATHLEEN DICKERSON, WARDEN,<br><br>        Respondent. | Case No.   CV 11-586-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 25, 2011

*/s/ David O. Carter*
David O. Carter
United States District Judge

*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — FEB 2 5 2011 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY*